# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

PATSY WILLIAMS,

    Plaintiff,

v.                                              Case No. 3:20-cv-604-MMH-JBT

C.R. BARD, INC., and BARD
PERIPHERAL VASCULAR, INC.,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal Without Prejudice (Dkt. No. 43; Stipulation) filed on March 18, 2021. In the Stipulation, the parties request dismissal of this matter without prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. Each party shall bear its own costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of March, 2021.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record